### 40346. WILLIAMS et al. v. WELLINGTON.
### 40347. WILLIAMS et al. v. PERRY.

FRANKUM, Judge. In each of these cases the only assignment of error is on an order of the trial judge sustaining demurrers to the defendants' plea in bar and striking the plea. There being no assignment of error on a final judgment in either case, the writs of error are premature and must be dismissed. *Ethridge v. Quality Hatchery, Inc.,* 98 Ga. App. 164 (105 SE2d 402); *Duncan v. Bradshaw,* 98 Ga. App. 178 (105 SE2d 385); *Levy v. Logan,* 98 Ga. App. 584 (106 SE2d 185); *Carter v. Clements,* 98 Ga. App. 857 (107 SE2d 257); *Besco Corp. v. Buice,* 99 Ga. App. 528 (109 SE2d 88); *Ormewood Apts., Inc. v. McDonough Const. Co. of Ga.,* 100 Ga. App. 397

(111 SE2d 137) ; *Medernach v. Bazemore,* 100 Ga. App. 721 (112 SE2d 272) ; *Turner v. Walters,* 105 Ga. App. 852 (125 SE2d 703) ; *Elliott v. Service Trust & Sav.,* 107 Ga. App. 48 (129 SE2d 203) ; *Manion v. Knight,* 107 Ga. App. 270 (129 SE2d 582) ; *Van Norden v. Auto Credit Co.,* 107 Ga. App. 676 (131 SE2d 123) ; *Griner v. Union Texas Nat. Gas Corp.,* 107 Ga. App. 886 (131 SE2d 832).

*Writs of error dismissed. Nichols, P. J., and Jordan, J., concur.*

DECIDED JANUARY 7, 1964.

Hitch, Miller, Beckmann & Simpson, Luhr G. C. Beckmann, Jr., Howard & Hunter, Harry Hunter, for plaintiffs in error.
W. Colbert Hawkins, contra.